UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23CR410-DMS |
|---|---|
| Plaintiff, | **ORDER OF RESTITUTION** |
| v. | |
| CHRISTOPHER ERIC MCCOY, | |
| Defendant. | |

**IT IS HEREBY ORDERED:**

1.  Pursuant to 18 U.S.C. § 2259 and 18 U.S.C. § 3663A(a)(1), Defendant CHRISTOPHER ERIC MCCOY (hereinafter "Defendant") shall pay restitution in the amount of **$84,000** as a result of Defendant's conviction for Possession of Images of Minors Engaged in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(4)(B).

2.  Restitution shall be paid to the following victims in the specified amounts, pro rata:

| Victims | Amount |
|---|---|
| "L.L." of the Ashley_081 Series | $3,000 |
| "Henley" of the BluePillow1 Series | $3,000 |
| "Maureen" of the Lighthouse1 Series | $3,000 |

"Maria" of the Best Necklace Series                    $3,000

"Solomon" of the J_blonde Series                       $3,000

"Sarah" of the Marineland1 Series                      $3,000

"Cara" of the MotorCouch1 Series                       $3,000

"Sloane" of the Tara Series                            $3,000

"Lily" of the Vicky Series                             $3,000

"Patty" of the Linda & Patty Series                    $3,000

"Mya" of the Sweet Pink Sugar Series                   $3,000

"Pia" of the Sweet Pink Sugar Series                   $3,000

"Aster" of the Lexi Series                             $3,000

"Chelsea" of the 2crazygurls Series                    $3,000

"Ivy" of the JBN Flowers2 Series                       $3,000

"Jen" of the JB Flowers1 Series                        $3,000

"April" of the Aprilblonde Series                      $3,000

"Angela" of the Angela Series                          $3,000

"Wyatt" of the HarleyDude1 Series                      $3,000

"Fiona" of the BluesPink Series                        $3,000

"Jenny" of the Jenny Series                            $3,000

"Jessica" of the Jessica Series                        $3,000

"John Doe 4" of the 8 Kid Series                       $3,000

"Anna" of the Middle Model Sister Series               $3,000

"Taylor" of the RedGlassesCry Series                   $3,000

"Emily" of the Tightsngold Series                      $3,000

"Tori" of the PinkHeartSisters Series                  $3,000

"Alex" of the RCA Series                               $3,000

3.    Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

4.    After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

a.    During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

b.    Upon release from custody, Defendant shall pay restitution at the rate of at least $200 per month, subject to modification upon further agreement of the parties or order of the Court.

5.    This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

6.    Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

Clerk of the Court

United States District Court

Southern District of California

333 West Broadway, Suite 420

San Diego, CA 92101

7.    The Court has determined that Defendant does not have the ability to pay interest.  The interest requirement is waived pursuant to 18 U.S.C. § 3612(f)(3)(A).

8.    Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs.  *See* 18 U.S.C. § 3664(k).

9.      Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

**IT IS SO ORDERED.**

Dated:  April 21, 2026

Hon. Dana M. Sabraw
United States District Judge

4